UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| MICHAEL ANTHONY HANGMAN, | Case No. 21-CV-0626 (MJD/JFD) |
| Plaintiff, | |
| v. | |
| | **ORDER** |
| DALLAS SYLVESTER, SEARGENT 1, and SEARGENT 2, | |
| Defendants. | |

This matter is before the Court on the Report and Recommendation filed on August 18, 2021 (Dkt. No. 14). No objections to the Report and Recommendation have been filed within the time period permitted.

Accordingly, **IT IS HEREBY ORDERED** that:

1. The Report and Recommendation (Dkt. No. 14) is **ADOPTED**;

2. This action is **DISMISSED WITHOUT PREJUDICE** under Federal Rule of Civil Procedure 41(b) for failure to prosecute; and

3. The pending Application to Proceed Without Prepaying Fees or Costs (Dkt. No. 9) is **DENIED AS MOOT**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  October 13, 2021                     s/Michael J. Davis
                                             MICHAEL J. DAVIS
                                             United States District Court